FAIRFIELD FIRST BANK AND TRUST COMPANY
*v.* SPIRO ARMENIS ET AL.
(13015)

LAVERY, HEIMAN and SCHALLER, Js.

Submitted on briefs November 3—decision released November 22, 1994

*Ridgely W. Brown* filed a brief for the appellant (named defendant).

*Thomas B. Pursell* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.